No. 339. Columbus & Greenville Ry. Co. *v.* Buford et al.  Argued March 14, 1930.  Decided March 17, 1930.  *Per Curiam:* The appeal herein is dismissed for the want of a properly presented substantial federal question.  *Wabash R. R. Co.* v. *Flannigan*, 192 U. S. 29; *Erie R. R. Co.* v. *Solomon*, 237 U. S. 427; *Zucht* v. *King*, 260 U. S. 174; *Sugarman* v. *United States*, 249 U. S. 182; *C. A. King & Co.* v. *Horton*, 276 U. S. 600; *Bank of Indianola* v. *Miller*, 276 U. S. 605; *Roe* v. *Kansas*, 278 U. S. 191; *Sayward* v. *Denny*, 158 U. S. 180, 183, 184; *Consolidated Turnpike Co.* v. *Norfolk & Ocean View Ry. Co.*, 228 U. S. 326, 334.  *Mr. William H. Watkins*, with whom *Messrs. A. F. Gardner, Sr., H. T. Odom, P. H. Eager, Jr., A. F. Gardner, Jr.*, and

696

J. N. *Flowers* were on the brief, for appellant. *Messrs. John Ambrose Tyson, A. McC. Kimbrough,* and *O. L. Kimbrough* on the brief for appellees.